# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT TO CRIMINAL

PROCEDURAL RULES COMMITTEE

:  No. 472
:
:  CRIMINAL PROCEDURAL RULES
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2016, Paul D. Boas, Esquire, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of three years commencing June 9, 2016.